JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. REYES,<br><br>    Petitioner,<br><br>    v.<br><br>JOEL MARTINEZ, Warden,<br><br>    Respondent. | Case No. CV 16-6070-CAS (KK)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: April 20, 2017

*/s/ Christina A. Snyder*
HONORABLE CHRISTINA A. SNYDER
United States District Judge